# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TRACY B. ANDERSON,

    Plaintiff,

v.                                                  Case No. 22-CV-769

JAMES OLSON, *et al.*,

    Defendants.

## ORDER OF DISMISSAL

On September 2, 2022, plaintiff Tracy B. Anderson, who is representing himself, filed a motion to voluntarily dismiss the case. (ECF No. 30.) He also filed a motion for extension of time to respond to the defendants' pending motion for partial summary judgment. (ECF No. 29.) Anderson explains that he has "no confidence" in the system and wishes to withdraw the lawsuit. (ECF No. 30 at 1.) The court grants his motion and dismisses the case without prejudice. Because the case is dismissed, the court denies Anderson's motion for extension of time as moot. Additionally, the defendants' motion for summary judgment is also denied as a moot.

**THEREFORE, IT IS ORDERED** that that Anderson's motion for voluntary dismissal (ECF No. 30) is **GRANTED,** and this case is **DISMISSED without prejudice**. The court will enter judgment accordingly. Because the dismissal is

without prejudice, Anderson may refile his complaint at a later date, subject to the relevant statute of limitations.

**IT IS FURTHER ORDERED** that Anderson's motion for extension of time (ECF No. 29) is **DENIED as moot.**

**IT IS FURTHER ORDERED** that the defendants' motion for partial summary judgment (ECF No. 26) is **DENIED as moot**.

Dated at Milwaukee, Wisconsin this 9th day of September, 2022.

BY THE COURT:

NANCY JOSEPH
United States Magistrate Judge