# United States District Court

### EASTERN DISTRICT OF WISCONSIN

**TRACY B ANDERSON**,
                Plaintiff,

                v.

**JAMES OLSON,
DAVID LEVEY, AND,
JOHN REIMAN**
                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. **22-CV-769**

---

☑      **Decision by Court.**  This action came on for consideration and a decision has been rendered.

   **IT IS HEREBY ORDERED AND ADJUDGED** that Anderson's motion for voluntary dismissal (ECF No. 30) is **GRANTED**.

   **IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice**.

Approved:  _____
                  NANCY JOSEPH
                  United States Magistrate Judge

Dated:  September 12, 2022

                  GINA M. COLLETTI
                  Clerk of Court

                  *s/ Ross Miller*
                  _____
                  (By) Deputy Clerk